**LaMonica Herbst & Maniscalco, LLP**
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
Tel: (516) 826-6500
Joseph S. Maniscalco, Esq.
*Proposed Counsel for the Debtor and Debtor-in-Possession*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re: Chapter 11

PUERTO PLATA FISH MARKET, INC.
D/B/A PUERTO PLATA SEAFOOD
RESTAURANT & BILLIARDS, Case No. 26-45238

Debtor.
-----------------------------------------------------------X

**CORPORATE RESOLUTION PURSUANT TO E.D.N.Y. LBR 1074-1(A)**

Attached hereto is a copy of Puerto Plata Fish Market, Inc. d/b/a Puerto Plata Seafood Restaurant & Billiards' Corporate Resolution pursuant to E.D.N.Y. LBR 1074-1(a).

Dated: November 10, 2026

Respectfully submitted,

**LAMONICA HERBST & MANISCALCO, LLP**
*Proposed Counsel to the Debtor and Debtor in Possession*

By: */s/ Joseph S. Maniscalco*
Joseph S. Maniscalco, Esq.
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
Tel: (516) 826-6500

**ACTION BY WRITTEN CONSENT OF THE PRESIDENT OF PUERTO PLATA FISH MARKET, INC. D/B/A PUERTO PLATA SEAFOOD RESTAURANT & BILLIARDS**

Dated: November 10, 2026

The Undersigned president, Rudy Liriano, ("President") and secretary and vice president, Diony Urena ("Vice President") (President and Vice President, collectively herein referred to as "Officers"), having full authority of Puerto Plata Fish Market, Inc. d/b/a Puerto Plata Seafood Restaurant & Billiards (the "Company"), hereby consents to the following actions and adopt the following resolutions as of the date hereof:

**WHEREAS**, the Officers have reviewed and considered the financial and operational condition of the Company and the Company's business on the date hereof; and

**WHEREAS**, the Officers have received, reviewed, and considered the recommendations of the Company's legal, financial and other advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

**NOW, THEREFORE, IT IS: RESOLVED** that, in the judgment of the Officers, having reviewed and considered the financial condition of the Company and the Company's business on the date hereof, that it is desirable and in the best interests of the Company, and its creditors, and other interested parties, that a voluntary petition be filed by the Company under the provisions of Chapter 11 of the Bankruptcy Code (the "Chapter 11 Case");

**RESOLVED FURTHER**, that Rudy Liriano be, and is, authorized and directed to execute and file on behalf of the Company all petitions, schedules, lists, and other papers or documents with the appropriate court under the Bankruptcy Code and to take any and all action that he deems necessary, proper, or advisable to obtain such relief under the Bankruptcy Code, including, without limitation, and action necessary to maintain the ordinary course of operation of the Company's business;

**RESOLVED FURTHER**, that the law firm of LaMonica Herbst & Maniscalco, LLP be employed as counsel to the Company to represent and assist the Company in carrying out the Company's duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights, including, the preparation of pleadings and filings in connection with the Chapter 11 Case, LaMonica Herbst & Maniscalco, LLP is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and to cause to be filed an appropriate application for authority to retain services of LaMonica Herbst & Maniscalco, LLP;

**RESOLVED FURTHER**, that Rudy Liriano is hereby authorized, empowered, and directed, in the name and on behalf of the Company, to take such additional actions, to perform all acts and deed, and to execute, ratify, certify, deliver, file, and record such additional agreements, notices, certificates, instruments, applications, payments, letters and documents as any of them may deem necessary or advisable to implement the provisions of the foregoing resolutions, and to appoint such agents on behalf of the Company as Rudy Liriano may deem necessary or advisable in connection with any financing arrangement or the sale of assets, and the transactions contemplated by any of the foregoing, the authority for the taking of such action to be conclusive evidence thereof;

**RESOLVED FURTHER**, that all of the actions and transactions taken by Rudy Liriano in the name and on behalf of the Company, relating to matters contemplated by the foregoing resolutions, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified; and

**RESOLVED FURTHER**, that this written consent may be executed in any number of counterparts and by facsimile, portable document format, or other reproduction, and such execution shall be considered valid, binding, and effective for all purposes.

**IN WITNESS WHEREOF**, the undersigned has executed this written consent as of the date first written above.

**PUERTO PLATA SEAFOOD CORP.**

By: ______________________________
Rudy Liriano – President

By: ______________________________
Diony Urena – Vice President